People v Harris (2023 NY Slip Op 00620)

People v Harris

2023 NY Slip Op 00620

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023

PRESENT: WHALEN, P.J., SMITH, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Feb. 3, 2023.) 

MOTION NO. (1172/18) KA 16-01761.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DESHAWN HARRIS, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.